In the Matter of Paul Murphy, Respondent, v New York State Division of Housing and Community Renewal, Appellant, and SouthBridge Towers, Inc., Respondent.

Submitted April 15, 2013; decided April 25, 2013

Motion by City of New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.